# United States Court of Appeals
## *For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

**TO:** All Counsel of Record (see attached service list)

**FROM:** Michael E. Gans, Clerk of Court

**RE:** 15-8009  Neil Stokes, et al v. DISH Network, L.L.C.
15-8010  Neil Stokes, et al v. DISH Network, L.L.C

**DATE:** July 29, 2015

We have received two petitions for permission to appeal pursuant to 28 U.S.C. § 1292(b) and have filed them under the captions and miscellaneous case numbers shown above.  Both petitions have been filed as of July 27, 2015, the date of receipt in this court.

These matters will be submitted to the court for a ruling. All counsel will be advised of the court's decision. No briefing schedule will be established unless the court grants the petition.

The Clerk of the United States District Court is being notified of the filing of the petition. If the petition is granted, petitioner must pay the district court all required fees. Please refer to Federal Rule of Appellate Procedure 5 and the applicable statutory sections for further guidance and information.

On June 1, 2007, the Eighth Circuit implemented the appellate version of CM/ECF. Electronic filing is now mandatory for attorneys and voluntary for pro se litigants proceeding without an attorney. Information about electronic filing can be found at the court's web site www.ca8.uscourts.gov. In order to become an authorized Eighth Circuit filer, you must register with the PACER Service Center at https://www.pacer.gov/psco/cgi-bin/cmecf/ea-regform.pl. Questions about CM/ECF may be addressed to the Clerk's office.

Michael E. Gans
Clerk of Court

PSA

Enclosure(s)

cc: Ms. Ann Thompson

District Court/Agency Case Number(s):  2:14-cv-04338-NKL

**Caption For Case Number:   15-8009**

Neil Stokes; Craig Felzien

       Respondents

v.

DISH Network, L.L.C

       Petitioner

**Caption For Case Number:   15-8010**

Neil Stokes; Craig Felzien

       Petitioners

v.

DISH Network, L.L.C.

       Respondent

**Addresses For Case Participants:   15-8009**

Mr. Matthew A. Clement
COOK & VETTER
231 Madison Street
Jefferson City, MO  65101-0000

Mr. Kevin Paul Green
GOLDENBERG & HELLER
2227 S. State Route 157
Edwardsville, IL  62025-0000

Mr. Robert A. Horn
HORN & AYLWARD
Suite 1100
2600 Grand Boulevard
Kansas City, MO  64108-0000

Mr. Joseph A. Kronawitter
HORN & AYLWARD
Suite 1100
2600 Grand Boulevard
Kansas City, MO  64108-0000

Honorable Nanette K. Laughrey
U.S. Courthouse
131 W. High Street
Jefferson City, MO  65102-0000

Mr. J. Kent Lowry
ARMSTRONG & TEASDALE
Suite 210
3405 W. Truman Boulevard
Jefferson City, MO  65109-0000

Mr. Eric John Magnuson
ROBINS & KAPLAN
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN  55402-2015

Mr. John Francis Medler Jr.
MEDLER LAW FIRM
Suite 360
7700 Bonhomme Avenue
Saint Louis, MO  63105

Mr. Rees F. Morgan
COBLENTZ & PATCH
Suite 200
One Ferry Building
San Francisco, CA  94111

Mr. Richard R. Patch
COBLENTZ & PATCH
Suite 200
One Ferry Building
San Francisco, CA 94111

Mr. Edward D Robertson Jr.
BARTIMUS & FRICKLETON
715 Swifts Highway
Jefferson City, MO 65109-0000

Mr. Thomas P. Rosenfeld
GOLDENBERG & HELLER
2227 S. State Route 157
Edwardsville, IL 62025-0000

Ms. Kari A Schulte
COOK & VETTER
231 Madison Street
Jefferson City, MO 65101-0000

Ms. Ann Thompson
U.S. DISTRICT COURT
Western District of Missouri Clerk's Office
U.S. Courthouse
80 Lafayette Street
Jefferson City, MO 65101

Mr. Matthew Duff Turner
ARMSTRONG & TEASDALE
Suite 210
3405 W. Truman Boulevard
Jefferson City, MO 65109-0000

Ms. Mary D. Winter
BARTIMUS & FRICKLETON
715 Swifts Highway
Jefferson City, MO 65109-0000