No: 15-8009

Neil Stokes and Craig Felzien

Respondents

v.

DISH Network, L.L.C

Petitioner

No: 15-8010

Neil Stokes and Craig Felzien

Petitioners

v.

DISH Network, L.L.C

Respondent

------------------------------------------------------------------------

Petitions for Permission to Appeal from an order of the U.S. District Court for the Western District of Missouri - Jefferson City
(2:14-cv-04338-NKL)

------------------------------------------------------------------------

**ORDER**

The petition for permission to appeal pursuant to 28 U.S.C. § 1292(b) filed by DISH Network, LLC, has been considered by the court and is hereby granted. The appeal is being placed on the regular docket as case no. 15-2901.

The petition for permission to appeal pursuant to 28 U.S.C. § 1292(b) filed by Neil Stokes, et al., is denied as moot.

August 31, 2015

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
/s/ Michael E. Gans